# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                          CASE NO. 3:16cv540/MCR/CJK

NOBLE ANTHONY MOORE,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated October 17, 2016. ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, the court hereby ORDERS and ADJUDGES as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This matter is hereby REMANDED to the state court from which it was removed.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of November, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**